UNITED STATES of America,
Appellee,

v.

**Frankie Allen WHALEY,
Jr., Appellant.**

No. 05–1376.

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 25, 2005.

Decided Dec. 6, 2005.

Edward Onassis Walker, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Frankie Allen Whaley, Jr., Grady, AR, pro se.

Christopher A. Tarver, Omar F. Greene, II, Federal Public Defender's Office, Little Rock, AR, for Appellant.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Frankie Whaley appeals the 96–month sentence the district court[1] imposed after he pleaded guilty to being a felon in possession of a firearm. *See* 18 U.S.C. § 922(g)(1). Citing *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), Whaley argues that the district court effectively treated the Sentencing Guidelines as mandatory by imposing a sentence within the calculated

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

Guidelines range, and that the court violated the Sixth Amendment by enhancing his sentence based on judge-found facts as to his prior convictions.

We have already rejected a similar Sixth Amendment challenge, *see United States v. Torres–Alvarado*, 416 F.3d 808 (8th Cir. 2005), and we conclude there was no *Booker* error because the district court calculated the Guidelines sentencing range properly, treated the Guidelines as advisory, and imposed a sentence that was not unreasonable, *see United States v. Pirani*, 406 F.3d 543, 551 (8th Cir.) (en banc), *cert. denied*, —— U.S. ——, 126 S.Ct. 266, —— L.Ed.2d —— (2005). Accordingly, we affirm.